# United States District Court
## For The Western District of North Carolina
## Statesville Division

MICHAEL A. CHERRY,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

vs.                                                     CASE NO. 5:10CV103-1-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2010, Order.

                                       Signed: December 15, 2010

                                       Frank G. Johns, Clerk
                                       United States District Court